```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/5/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

EXCELLER SOFTWARE CORPORATION,          :

            Plaintiff,                  :       10 Civ. 0381 (PGG) (AJP)

            -against-                  :       **ORDER OF DISMISSAL ON CONSENT**

PEARSON EDUCATION, INC. & ADDISON-      :
WESLEY LONGMAN, INC..
                                        :
            Defendants.
                                        :
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on April 5, 2011, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:        New York, New York
                 April 5, 2011

                                            Andrew J. Peck
                                            United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                           Judge Paul G. Gardephe

C:\ORD\DISMISS